COMMERCIAL PUB. CO., Respondent, v. BECKWITH, Appellant. (Supreme Court, Appellate Division, First Department. June 23, 1899.) Action by the Commercial Publishing Company against Samuel C. Beckwith. A. B. Porter, for appellant. A. W. Otis, for respondent. No opinion. Judgment affirmed, with costs. See 55 N. Y. Supp. 157.

In re COMMISSIONERS OF CITY OF BUFFALO. (Supreme Court, Appellate Division, Fourth Department. July 18, 1899.) In the matter of the application of the grade crossing commissioners of the city of Buffalo to ascertain the compensation to be paid to the owners of and parties interested in certain lands claimed to be owned by Maria Louise Howard, etc. No opinion. Order affirmed, with costs.

CONWAY, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. July 26, 1899.) Action by Anna V. Conway against the Metropolitan Street Railway Company. Henry A. Robinson, for appellant. John J. Kearney, for respondent.

PER CURIAM. Judgment affirmed, with costs, with leave to the appellant to appeal to the appellate division.

COOK, Respondent, v. BENSON, Appellant. (Supreme Court, Appellate Term. July 26, 1899.) Action by Joseph E. Cook against A. Benson, as president of Local Union, No. 64, of the United Brotherhood of Carpenters and Joiners of America. From a judgment for plaintiff, defendant appeals. Reversed. Michael J. Horan, for appellant. Edward W. Searing, for respondent.

LEVENTRITT, J. The decision rendered at the present term of this court in Jennings v. Society, 59 N. Y. Supp. 862, disposes of the question raised on this appeal. The by-law there construed as reasonable is almost identical in terms with that in the case at bar. The judgment rendered in favor of the plaintiff could find support only in the unreasonableness of that by-law. The judgment must, therefore, be likewise reversed. Judgment reversed, with costs to the appellant. All concur.

COPP, Respondent, v. COLORADO COAL & IRON CO., Appellant. (City Court of New York, General Term. June 29, 1899.) Action by William A. Copp against the Colorado Coal & Iron Company. From a judgment for plaintiff, and an order denying a new trial, defendant appeals. Affirmed.

PER CURIAM. Judgment entered on a verdict directed by the court, and order denying a motion for a new trial, appealed from, are affirmed, with costs and disbursements.

CORBETT, Plaintiff, v. CLASON, Defendant. (Supreme Court, Appellate Division, Second Department. June 16, 1899.) Action by Robert B. Corbett against Augustus Clason.

PER CURIAM. The order directing a new trial should specify the day on which the new trial is to be had. Section 3065, Code Civ. Proc. This is in accordance with the practice in the First judicial department. As the charter re-quires the new trial to be had in the district in which the action was brought, it is not necessary to specify any place. Order resettled, so as to direct a new trial to be had on the 22d inst., in the district wherein the judgment was rendered. See 57 N. Y. Supp. 518.

COSTELLO v. COSTELLO. (Supreme Court, Appellate Division, First Department. June 16, 1899.) Action by S. Caroline Costello against John H. Costello. No opinion. Motion denied. See 52 N. Y. Supp. 1140.

COURTNEY et al., Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. July 26, 1899.) Action by Frederick Courtney and others against the Metropolitan Street-Railway Company. From a judgment for plaintiff, defendant appeals, and plaintiff moves to dismiss the appeal. Motion granted. Henry A. Robinson, for appellant. Lachman & Goldsmith, for respondent.

FREEDMAN, P. J. The irregularities complained of, and especially the alterations, affecting the date of the judgment appealed from, which appear in the notice of appeal and in the undertaking filed in the office of the clerk of the court below, are, taken together, of so grave a character that practically no sufficient notice of appeal was served within the statutory time. The motion to dismiss the appeal should be granted, with $10 costs. Motion to dismiss appeal granted, with $10 costs to respondent.

MacLEAN, J., concurs.

CUTTER et al., Appellants, v. CUTTER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. March, 1899.) Action by Walter R. Cutter and others against James Cutter and others. No opinion. Order affirmed with costs against the appellants. Held that the verdict was clearly against the weight of evidence, and was properly set aside.

In re DAYTON. (Supreme Court, Appellate Division, Second Department. June 27, 1899.) In the matter of the application of William B. Dayton to alter and widen Jones street, in the village of Port Jefferson, in the town of Brookhaven. No opinion. Motion to confirm order of county court of Suffolk county granted.

In re DE BOWER. (Supreme Court, Appellate Division, Second Department. July 1, 1899.) In the matter of the application of Edward Wallace De Bower for admission as attorney and counselor at law. No opinion. Application granted.